UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CA,<br><br>Plaintiff,<br><br>v.<br><br>$248,970.00 UNITED STATES CURRENCY,<br><br>Defendant. | No.  2:23-cv-0033 TLN DB PS<br><br><br>ORDER TO SHOW CAUSE |

  Interpleader Analeah Moriah Gonshorowski is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On January 9, 2023, interpleader filed a purported notice of removal of this action from the Yuba County Superior Court.  (ECF No. 1.)

  However, the notice of removal asserts that Analeah Moriah Gonshorowski is appearing "not individually" but on behalf of the "AG Revocable Living Trust."  (Not. Rem. (ECF No. 1) at 4.)  But the right to represent oneself pro se is personal to the party and does not extend to other parties.  Simon v. Hartford Life, Inc., 546 F.3d 661, 664 (9th Cir. 2008); see also Russell v. United States, 308 F.2d 78, 79 (9th Cir. 1962) ("A litigant appearing in propria persona has no authority to represent anyone other than himself.").  In this regard, the AG Revocable Living Trust cannot be represented in this action by a nonlawyer.  Knoefler v. United Bank of Bismarck,

1

20 F.3d 347, 348 (8th Cir. 1994) ("A nonlawyer, such as these purported 'trustee(s) pro se' has no right to represent another entity, i.e., a trust, in a court of the United States.").

Moreover, while "a defendant" may remove a civil action from state court the defendant must include a "copy of all process, pleadings, and orders served upon such defendant or defendants in such action." 28 U.S.C. § 1446(a). Here, the purported notice of removal does not include any pleadings or orders from the state court action.

Accordingly, IT IS HEREBY ORDERED that within 21 days of the date of this order Analeah Moriah Gonshorowski shall show cause as to why this matter should not be remanded to the state court.[1]

Dated:  April 25, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\people0033.removal.osc

---

[1] Any such response must include copies of the pleadings and orders filed in the state court action.

2