UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CA,<br><br>Plaintiff,<br><br>v.<br><br>$248,970.00 UNITED STATES CURRENCY,<br><br>Defendant. | No.  2:23-cv-0033-TLN-DB<br><br>**ORDER** |

Interpleader, Analeah Moriah Gonshorowski, is proceeding in this action pro se.  This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 27, 2023, the magistrate judge filed findings and recommendations herein which were served on Interpleader, and which contained notice to Interpleader that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  (ECF No. 7.)  The time for filling objections has expired, and Interpleader did not file any objections.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 27, 2023 (ECF No. 7) are ADOPTED IN FULL;
2. This action is REMANDED to the Yuba County Superior Court; and
3. The Clerk of Court is directed to close this case.

Date: March 18, 2024

_____
Troy L. Nunley
United States District Judge

2